No. 85–5404. ALLEN *v.* ILLINOIS. Sup. Ct. Ill. [Certiorari granted, *ante,* p. 979.] Motion of Edwin F. Mandel Legal Aid Clinic for leave to file a brief as *amicus curiae* granted.

No. 85–5749. IN RE ST. CLAIRE;
No. 85–5835. IN RE PATRASCU; and
No. 85–5973. IN RE THANH. Petitions for writs of mandamus denied.

No. 85–5875. IN RE MAY; and
No. 85–5878. IN RE MAY. Petitions for writs of mandamus and/or prohibition denied.

No. 85–5866. IN RE GRIFFIN. Petition for writ of prohibition denied.

No. 84–1947. CERBONE, JUSTICE OF THE VILLAGE COURT, VILLAGE OF MT. KISCO, NEW YORK, ET AL. *v.* CONWAY. C. A. 2d Cir. Certiorari granted limited to Questions 1, 2, 3, and 4 presented by the petition.

No. 84–1867. GILLIES *v.* DELOZIER ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–6216. AUSLEY ET AL. *v.* MITCHELL, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–155. COUGHLIN ET AL. *v.* PATTERSON. C. A. 2d Cir. Certiorari denied.

No. 85–210. TOWN OF SAUGUS ET AL. *v.* VOUTOUR. C. A. 1st Cir. Certiorari denied.

No. 85–535. QUINAULT INDIAN NATION ET AL. *v.* WASHINGTON ET AL. C. A. 9th Cir. Certiorari denied.